IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 96-3203-CV-S-1 |
| | ) | |
| WILLIAM NORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's Motion for Revocation of Conditional Release (Doc. 50), Defendant's Motion for Reconsideration of the United States Magistrate's Report and Recommendation (Doc. 67) and the Government's Reply Suggestions thereto (Doc. 70).

On July 14, 2003, the Court ordered Defendant conditionally released pursuant to 18 U.S.C. § 4246 (Doc. 49). Pursuant to the Government's June 23, 2004 Motion for Revocation of Conditional Release, an arrest warrant was issued and defendant was taken into custody. United States Magistrate Judge England conducted a hearing concerning the motion on September 29, 2004. The United States Magistrate Judge has submitted a report and recommendation to this Court (Doc. 61).

After a full review of the report and recommendation and the files and records in this case, it is concluded that the United States Magistrate Judge's findings of fact, conclusions of law and proposed actions are correct and should be approved. It is therefore

ORDERED that the conditional release previously ordered be revoked;

ORDERED that the defendant be recommitted under the provisions of 18 U.S.C. § 4246;

ORDERED that the United States consider the appropriateness of a conditional release and file a report to the Court addressing that issue on or before June 6, 2005.

Defendant's Motion for Reconsideration of Report and Recommendation is DENIED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: April 25, 2005