IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WILLIAM NORMAN, ) <br> ) <br> Defendant. ) | Civil Action <br> No. 96-3203-CV-S-DW |

**O R D E R**

In accordance with the report and recommendation of the United States Magistrate Judge, it is hereby

ORDERED that defendant be, and is hereby, conditionally released under the following conditions:

1. The defendant shall be supervised by the United States probation office, Western District of Washington, and shall report in person to the United States probation office, as directed by the probation officer, and within 72 hours of release from the United States Medical Center for Federal Prisoners.

2. The defendant shall refrain from use of alcohol and shall not patronize any establishment where alcohol is used, sold, or given away.

3. The defendant shall not purchase, possess, use, distribute, or administer any illegal drugs, or any paraphernalia related to such substances, except as prescribed by a physician. The defendant shall not patronize any establishment or place where illegal drugs are used, dispensed, or given away.

4. The defendant shall submit to random urinalysis and/or breathalyzer testing, as warranted by the treating mental health professionals or the United States probation office.

5. The defendant shall reside at 107 Jones Street, PeEll, Washington 98572. Any change of residence shall be approved in advance by the United States probation office.

6. The defendant shall remain medication compliant and shall take all psychiatric medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests, as requested by his treating psychiatrist and/or his supervising probation officer, to ensure that a therapeutic level of his prescribed medications is maintained.

7. The defendant shall participate in a program of mental health treatment and/or substance abuse treatment from an outpatient/inpatient facility, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

8. The defendant shall not violate any federal or state laws, municipal or county ordinances. The defendant shall report any arrests to his United States probation officer within 24 hours.

9. The defendant shall agree to the release of all psychiatric/substance abuse/medical records from his providers to the United States probation office.

10. The defendant will comply with the standard conditions of supervision and any other conditions adopted by the United States probation office.

       /s/ Dean Whipple
       DEAN WHIPPLE
       United States District Judge

Date: 05/03/2010